■ In the Matter of NATIONAL ENERGY MARKETERS ASSOCIATION, Appellants-Respondents, et al., Petitioners, v NEW YORK STATE PUBLIC SERVICE COMMISSION, Respondent-Appellant. (And Two Other Related Proceedings.) [56 NYS3d 485]—Lynch, J. Cross appeal from a judgment of the Supreme Court (Zwack, J.), entered July 26, 2016 in Albany County, which, among other things, partially granted petitioners' application, in a combined proceeding pursuant to CPLR article 78 and action for declaratory judgment, to review a determination of respondent resetting retail energy markets and establishing further process.

We affirm Supreme Court's judgment for the reasons set forth in *Matter of Retail Energy Supply Assn. v Public Serv. Commn.* (152 AD3d 1133 [2017] [decided herewith]).

Garry, J.P., Egan Jr., Mulvey and Aarons, JJ., concur. Ordered that the judgment is affirmed, without costs. ■